[Cite as *09/11/2003 Case Announcements*, 2003-Ohio-4781.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## *September 11, 2003*

## MERIT DECISIONS WITHOUT OPINIONS

**2003–0350. State v. Reine.**
Montgomery App. No. 19157, 2003-Ohio-50. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellee's motion to dismiss,
    It is ordered by the court that the motion to dismiss be, and hereby is, sustained.
    It is further ordered by the court that this cause be, and hereby is, dismissed.
    MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER and O'CONNOR, JJ., concur.
    LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2003–0351. State v. Barksdale.**
Montgomery App. No. 19294, 2003-Ohio-43. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellee's motion to dismiss,
    It is ordered by the court that the motion to dismiss be, and hereby is, sustained.
    It is further ordered by the court that this cause be, and hereby is, dismissed.
    MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER and O'CONNOR, JJ., concur.
    LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2003–0358. State v. Kelly.**
Muskingum App. No. CT20020027, 2003-Ohio-337. This cause is pending before the court as an appeal from the Court of Appeals for Muskingum County. Upon consideration of appellee's motion to dismiss,
    It is ordered by the court that the motion to dismiss be, and hereby is, sustained.
    It is further ordered by the court that this cause be, and hereby is, dismissed.
    MOYER, C.J., RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
    LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., dissent.

**2003–0562. State v. Kelly.**
Muskingum App. No. CT20020027, 2003-Ohio-337. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Muskingum County. Upon consideration of appellee's motion to dismiss,
    It is ordered by the court that the motion to dismiss be, and hereby is, sustained.
    It is further ordered by the court that this cause be, and hereby is, dismissed.
    MOYER, C.J., RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
    LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**2003–1311. Hunterwood Park, Ltd. v. Fairfield Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002-J-2455. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.